UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In Re:                                                          Case No. 17-32156

Arturo Mendez, Jr.                                              Chapter 13
Letitia R Mendez

Debtors.                                                        Judge Thomas H. Fulton

**AGREED ORDER CONCERNING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY OF PROPERTY KNOWN AS 2321 BURRELL DR, LOUISVILLE, KY 40216**

This matter having come before the Court upon the Motion for Relief from Stay and Co-Debtor Stay filed herein by the secured creditor, US Bank Trust National Association, as Trustee of the SCIG Series III Trust ("Movant") and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtors provided that said Debtors were to make regular monthly payments to Movant outside of the Plan on a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtors failed to make certain of the regular monthly payments to Movant; said payments are currently in default six (6) payments for a total of $3,135.72, plus $69.90 in late charges, $850.00 in fees and $181.00 in costs. The post-petition arrearage amount is a total of $4,236.62.

3. In order to eliminate said post-petition delinquency, the Debtors and Movant agree to include the full post-petition arrearage amount of $4,236.62 inside the Chapter 13 proceeding and the Trustee shall add this obligation to his ledger of disbursement without further motion or order of this Court and will include interest in the amount of 3.875% over the life of the disbursement.

4. The on-going monthly payments to US Bank Trust National Association, as Trustee of the SCIG Series III Trust shall be paid directly by the Trustee beginning with the December 1, 2018 payment in the amount of $522.62.

5. Movant shall file a Supplemental Proof of Claim in the amount of $4,236.62 within 30 days of the entry of the Agreed Order.

6. Debtor shall file a Motion to Amend the Confirmation Order within 30 days of the entry of the Agreed Order with the terms of this Agreed Order incorporated therein.

7. In the event that said Debtors should fail to timely file the Motion to Amend the Confirmation Order, and/or fail to timely make any future monthly plan payments to the Chapter 13 Trustee, Movant shall give ten (10) days notice to Debtors' counsel and to the Debtors; and thereafter Movant shall file with the Court an affidavit certifying that the Debtors are in default under the terms of the Agreed Order and upon submission of such affidavit, without hearing, further notice or separate order, the Movant is granted Relief from Stay.

8. Debtors' counsel, Jason A. Bauman, is hereby awarded the sum of ____ in attorney's fees for his services rendered in connection with this Motion and Agreed Order to be paid through the Chapter 13 Plan.

This is a final and appealable order.

**IT IS SO ORDERED.**

*Thomas H. Fulton*
Thomas H. Fulton
United States Bankruptcy Judge

Dated: November 27, 2018

Agreed Upon and Submitted by:

/s/ D. Anthony Sottile
D. Anthony Sottile (92251)
Jon Lieberman (86802)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
bankruptcy@sottileandbarile.com

_____
Jason A. Bauman
6801 Dixie Hwy., Suite 229
Louisville, KY 40258
Phone: 502.995.8686
jbaumanlaw@gmail.com
Debtors' Attorney


Copies to:

Jason A. Bauman
6801 Dixie Hwy., Suite 229
Louisville, KY 40258
jbaumanlaw@gmail.com

William W. Lawrence
310 Republic Plaza
200 S. Seventh St
Louisville, KY 40202
ECF@louchapter13.com
Chapter 13 Trustee

Asst. U.S. Trustee
Office of the U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

D. Anthony Sottile
Jon Lieberman
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
bankruptcy@sottileandbarile.com

Arturo Mendez, Jr.
2321 Burrell Drive
Louisville, KY 40216

Letitia R Mendez
2321 Burrell Drive
Louisville, KY 40216